**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Kurt G Clarke
Attorney at Law
6065 Hillcroft
Ste 610
Houston TX 77081

United States Bankruptcy Court
Southern District of Texas
FILED

JUN 2 8 2010

David J. Bradley, Clerk of Court

Case: 4:10-cv-01288   Instrument: 11   (1 pages)   aty
Date: Jun 21, 2010
Control: 100628869
Notice: The attached order has been entered.

---

# AUTHORIZATION TO SEND NOTICES
# BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022,9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (____) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: (____) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
JUN 2 8 2010
David J. Bradley, Clerk of Court

$00.44
06/22/2010
Mailed From 77
US POSTAGE
Hasler

NIXIE    773   DE 1         00  06/25/10
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 77208101010    *0833-01770-22-37