UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOSEPH MOISE, §
§
Plaintiff, §
VS. § CIVIL-H-10-1288
§
ESCAPES!, INC., *et al*, §
§
Defendants. §

## SCHEDULING ORDER

1. NOVEMBER 6, 2010 — **AMENDMENTS TO PLEADINGS and ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. JANUARY 31, 2011 — **EXPERTS**
   Plaintiff will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

2b. MARCH 4, 2011 — Defendant will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

3. JULY 29, 2011 — **DISCOVERY**
   Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

4. AUGUST 1, 2011 — **MOTIONS DEADLINE**
   Including any motion challenging an expert witness. (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

1

| | | |
|---|---|---|
| 5a. | NOVEMBER 15, 2011 | **JOINT PRETRIAL ORDER**<br>THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with a computer disc) |
| 5b. | NOVEMBER 18, 2011 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6. | NOVEMBER 23, 2011 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
| 7. | DECEMBER | **TRIAL**<br>Case is subject to being called to trial on short notice during this month. |
| 7a. | 2 | Estimated days to try |
| 7b. | JURY | Trial to be jury or non-jury. |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 21st day of September, 2010 at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE