UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH MOISE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL-H-10-1288 |
| | § | |
| ESCAPES!, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties are ORDERED to report to the Court on or before **January 15, 2011**, the status of any settlement discussions which may lead to a prompt resolution of the case. Indicate in your report whether the parties desire that the case be sent to mediation, judicial settlement conference or another form of Alternative Dispute Resolution (ADR).

The Clerk shall enter this Order and provide a copy to all parties.

Signed this 21st day of September, 2010, at Houston, Texas.

Vanessa D. Gilmore
United States District Judge