# In the United States District Court
# For the Southern District of Texas
# Houston Division

| | | |
|---|---|---|
| Joseph Moise | § | |
| *Plaintiff* | § | |
| | § | **Civil Action No.** |
| **Escapes!, Inc. Ana Lynn and other** | § | **4:10-cv-01288** |
| **unknown agents** | § | |
| *Defendants* | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

The following written discovery has been served upon the Defendant, Escapes! Inc. in this cause by telecopier, certified mail, return receipt requested, first class mail, correctly addressed and postage prepaid, or in the manner indicated:

  1.  **Plaintiff's Response to Defendant's Requests for Admissions.**

The above referenced written discovery documents were served on the 17th day of February, 2011 to:

Robert C. Rice
Rice & Associates
1010 Lamar, Suite 1530
Houston, Texas 77002

        Respectfully submitted,


        ___/s/_____
        Kurt G. Clarke
        FED. ADM ID 9917
        SBN: 04316720
        6200 Savoy, Ste. 733
        Houston, Texas  77036
        Tel. (713) 779-5500
        Fax (713) 779-6668
        Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and forgoing instrument was forwarded on this the  17th day of February, 2011, either by telecopier, first class mail, certified mail, return receipt requested and/or by messenger to:

Mr. Robert C. Rice
Rice & Associates
1010 Lamar, Suite 1530
Houston, Texas 77002

___/s/_____
Kurt G. Clarke