## LAW OFFICES OF
# KURT G. CLARKE
*ATTORNEY~MEDIATOR~ARBITRATOR*

KURT G. CLARKE*
HELEN MALVEAUX

FREDERICK OBOADU
COUNSEL TO THE FIRM

UNITED STATES
SOUTHERN DISTRICT OF ...
FILED
AUG 0 9 2011
David J. Bradley, Clerk of Court

July 28, 2011

Mr. Robert C. Rice
Rice & Associates
1010 Lamar, Suite 1530
Houston, Texas 77002

    Re:    Civil Action No. 4:10-cv-01288; *Joseph Moise v. Escapes! Inc., Ana Lynn and other unknown agents*; In the United States District Court, Southern District of Texas, Houston Division

Dear Mr. Rice:

    Please be advised that I will be out of my office on vacation during the two-week period beginning August 8, 2011 thru August 19, 2011. I respectfully request that no matter be scheduled during this period.

    I look forward to your cooperation.

    If you have any questions or comments, please feel free to call my office.

Sincerely,

*Kurt G. Clarke*

Kurt G. Clarke

6200 SAVOY DRIVE, SUITE 733, HOUSTON, TEXAS 77036
PHONE (713) 779-5500   FAX (713) 779-6668

*FELLOW - COLLEGE OF THE STATE BAR