August 18, 2011

Via Fax #: 713-655-9191

Mr. Robert C. Rice
Attorney at Law
1010 Lamar, Suite 1530
Houston, Texas 77002

    Re:    Civil Action No.: 4:10-cv-01288
            *Joseph Moise v. Escapes! Inc., Ana Lynn and other unknown agents; In the United States District Court for the Southern District of Texas, Houston Division*

Dear Mr. Rice:

    Based on the message which you have left at my office on August 5, 2011, plaintiff has agreed to go to mediation. Since you have agreed to hold off on the response date on defendant's motion for summary judgment until mediation is completed, we need to agree on a date for mediation.

Sincerely,

Kurt G. Clarke

Kurt G. Clarke

c.c. Clerk