IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH MOISE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-10-1288 |
| | § | |
| ESCAPES!, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Response to the Motion for Summary Judgment was due August 25, 2011, however, the Court will consider any response filed on or before November 23, 2011, as requested.

The Clerk shall enter this Order and provide a copy to all parties and to the mediator.

SIGNED on this the 28th day of November, 2011, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE